Prob12B
D/NV Form
Rev. Mar. 2007

## United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 12, 2012**

**Name of Offender:**   GARY SMITH

Case Number:   2:10-cr-00010-PMP-RJJ

Name of Sentencing Judicial Officer:   Honorable Philip M. Pro

Date of Original Sentence:   June 27, 2011

Original Offense:   Clean Air Act

Original Sentence:   Two (2) years probation

Date Supervision Commenced:   June 27, 2011

### PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **Reside in Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of six months as approved and directed by the probation officer.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2012.

Prob12B
D/NV Form
Rev. Mar. 2007

RE: GARY SMITH

## CAUSE

Since the onset of supervision, Mr. Smith has encountered major employment and housing disruption. At this time Mr. Smith has been forced to sleep in his employer's storage trailer due to limited financial resources and inability to locate affordable housing. This has made satisfaction of the home confinement special condition impossible.

Smith has also failed to make significant progress toward his required community service. The probation officer feels this is not necessarily wilful, but a result of limited access to transportation and his housing situation.

The probation officer requests a modification of Smith's conditions of supervision to include residence at the Las Vegas Community Corrections Center for a period of up to six months, additionally, the probation officer requests the Court remove the special conditions requiring home confinement and community service. Residence in the Community Corrections Center will not only serve as a sanction, but also provide the opportunity for Smith to establish some savings and hopefully put himself in a position to establish a stable, personal residence.

Smith had read the Probation Form 49, and has waived his right to a hearing in the matter. The Probation Form 49 is attached for your review.

Respectfully submitted,

MITCHELL E. OSWALD
Senior Probation Officer

APPROVED:

MICHAEL P. SEVERANCE, Supervising
U.S. Probation Officer